COLLIDOTRONICS, INC., Keystate Insurance Agency, Inc., Harry Ostroff, Edward I. Krensel and Louis H. Levitt, Appellants,

v.

The STUYVESANT INSURANCE COMPANY, Staff Adjusters Corporation and General Acceptance Corporation.

No. 17635.

United States Court of Appeals Third Circuit.

Argued July 15, 1969.

Filed Aug. 14, 1969.

Carl Mazzocone, Sheer & Mazzocone, Philadelphia, Pa. (Lynwood F. Blount, Louis H. Levitt, Philadelphia, Pa., on the brief), for appellants.

Robert M. Landis, Dechert, Price & Rhoads, Philadelphia, Pa. (B. Paul Cotter, Jr., Philadelphia, Pa., Dechert, Price & Rhoads, Philadelphia, Pa., on the brief), for appellees.

Before HASTIE, Chief Judge, and KALODNER and GANEY, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

The District Court dismissed Count 1 of the plaintiffs' Complaint as well as its counterclaim and granted the defendants' motions for summary judgment as to the three other counts of the Complaint.

On this appeal the plaintiffs challenge only the summary judgments entered. They urge that the District Court applied erroneous legal standards in making its disposition, and further, that existence of genuine issues as to material facts precluded entry of summary judgments on the three concerned counts of the Complaint.

On review of the record we cannot subscribe to the plaintiffs' contentions which are exhaustively considered and decided in the District Court's Opinion, reported at 290 F.Supp. 978 (E.D.Pa. 1968).

The Order of the District Court, dated and filed October 14, 1968, will be affirmed.

Furman HIPP, Appellant,

v.

KENNESAW LIFE & ACCIDENT INSURANCE COMPANY, Appellee.

No. 13262.

United States Court of Appeals Fourth Circuit.

Submitted June 12, 1969.

Decided June 19, 1969.

Luther M. Lee and Dallas D. Ball, Columbia, S. C., on the brief, for appellant.

J. Reese Daniel, Columbia, S. C., and Hoke Smith, and Smith, Cohen, Ringel, Kohler, Martin & Lowe, Atlanta, Ga., on the brief, for appellee.

Before BOREMAN, BRYAN and BUTZNER, Circuit Judges.

PER CURIAM:

A jury trial in an action for fraud resulted in a verdict for the plaintiff. Upon motion of defendant for judgment n.o.v., the verdict was set aside and judgment was entered in favor of defendant.

Upon examination and consideration of the record and the briefs filed by the litigants, we find no error. We affirm on the opinion of the district court.[1]

Affirmed.

1. Hipp v. Kennesaw Life & Accident Insurance Co., 301 F.Supp. 92 (D.S.C. 1968). (The opinion of the court was styled "ORDER".)